# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 2:15-mj-00912-NJK |
| vs. | ) | ORDER |
| A BLACK CHEVROLET EXPRESS VAN BEARING VEHICLE ID NUMBER (VIN) 1GFGG25C581143654 AND CALIFORNIA LICENSE PLATE NUMBER 8P79900, | ) | |
| Defendant. | ) | |

Pending before the Court is the United States' motion to unseal case. Docket No. 3. The Court already granted a previously filed motion to unseal. *See* Docket Nos. 1 (motion to unseal), 2 (order granting motion to unseal). Accordingly, the United States' motion to unseal case, Docket No. 3, is hereby **DENIED** as moot.

IT IS SO ORDERED.

DATED: June 21, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge